# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 17-31730 JPG
**Case Name:** MCCORMACK, ERIC M
MCCORMACK, ROBIN R
**Period Ending:** 05/12/18

**Trustee:** (550590)  Ericka S. Parker
**Filed (f) or Converted (c):** 03/16/18 (c)
**§341(a) Meeting Date:** 05/10/18
**Claims Bar Date:** 10/18/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7801 WStRt18, Fostoria, OH 44830-0000, Seneca Co<br>Imported from original petition Doc# 1 | 154,360.00 | 0.00 | | 0.00 | 154,360.00 |
| 2 | W SR 18, Fostoria, OH 44830-0000, Seneca County<br><br>Imported from original petition Doc# 1 | 125,680.00 | 125,680.00 | | 0.00 | 125,680.00 |
| 3 | W SR 18, Fostoria, OH 44830-0000, Seneca County<br><br>Imported from original petition Doc# 1 | 31,110.00 | 31,110.00 | | 0.00 | 31,110.00 |
| 4 | 2001 Ford F350. Entire property value: $4,500.00<br>Imported from original petition Doc# 1 | 4,500.00 | 0.00 | | 0.00 | 4,500.00 |
| 5 | 2000 Dodge Dakota. Entire property value: $3,000<br>Imported from original petition Doc# 1 | 3,000.00 | 3,000.00 | | 0.00 | 3,000.00 |
| 6 | 1999 Volvo Semi. Entire property value: $8,000.0<br>Imported from original petition Doc# 1 | 8,000.00 | 8,000.00 | | 0.00 | 8,000.00 |
| 7 | 1988 volvo semi. Entire property value: $3,500.0<br>Imported from original petition Doc# 1 | 3,500.00 | 3,500.00 | | 0.00 | 3,500.00 |
| 8 | 2000 mallard Travel Trailer. Entire property val<br>Imported from original petition Doc# 1 | 7,000.00 | 7,000.00 | | 0.00 | 7,000.00 |
| 9 | normal household goods<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | normal wearing apparel<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 11 | checking 3300: Woodforest Bank | 163.56 | 10.00 | | 0.00 | FA |

Printed: 05/14/2018 06:19 PM    V.13.32

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-31730 JPG
**Case Name:** MCCORMACK, ERIC M
MCCORMACK, ROBIN R
**Period Ending:** 05/12/18

**Trustee:** (550590) Ericka S. Parker
**Filed (f) or Converted (c):** 03/16/18 (c)
**§341(a) Meeting Date:** 05/10/18
**Claims Bar Date:** 10/18/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Imported from original petition Doc# 1 | | | | | |
| 12 | checking 7799: 5/3 Bank<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | savings ending in 1926: Woodforest Bank<br>Imported from original petition Doc# 1 | 34.50 | 0.00 | | 0.00 | FA |
| 14 | 2005 Articat 4x4<br>Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 15 | snow plow<br>Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | 500.00 |
| 16 | flatbed trailer<br>Imported from original petition Doc# 1 | 800.00 | 800.00 | | 0.00 | 800.00 |
| 17 | forklift<br>Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 18 | Rolling Basket Harrow<br>Imported from original petition Doc# 1 | 8,000.00 | 8,000.00 | | 0.00 | 8,000.00 |
| 19 | John Deere Combine<br>Imported from original petition Doc# 1 | 28,000.00 | 0.00 | | 0.00 | 28,000.00 |
| 20 | 5000 Gallon FertlizerTank<br>Imported from original petition Doc# 1 | 800.00 | 800.00 | | 0.00 | 800.00 |
| 20 | **Assets** **Totals** (Excluding unknown values) | **$378,948.06** | **$190,400.00** | | **$0.00** | **$377,250.00** |

Printed: 05/14/2018 06:19 PM    V.13.32

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-31730 JPG

**Case Name:** MCCORMACK, ERIC M
MCCORMACK, ROBIN R

**Period Ending:** 05/12/18

**Trustee:** (550590)　Ericka S. Parker

**Filed (f) or Converted (c):** 03/16/18 (c)

**§341(a) Meeting Date:** 05/10/18

**Claims Bar Date:** 10/18/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

05/14/18 file form 1, min sheet & req claims. Re and equipment --family would like to redeem much

**Initial Projected Date Of Final Report (TFR):** May 14, 2019

**Current Projected Date Of Final Report (TFR):** May 14, 2019

Printed: 05/14/2018 06:19 PM　V.13.32